**SAUL M. HUERTA**
*Attorney at Law*
State Bar of Arizona No. 018410
100 N. Stone, Suite 601
Tucson, Arizona 85701
(520) 230-8255
*saulmhuerta@gmail.com*
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-23-0240-TUC-JCH (MSA) |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** |
| Carlos Jose Aguilera, | |
| Defendant. | **(FIFTH REQUEST)** |

It is expected excludable delay under Title 18, United States Code, § 3161 (h)(1)(D), will occur as a result of this motion or an order based thereon.

Defendant, Carlos Jose Aguilera, through counsel, respectfully requests a thirty-day continuance of the plea deadline set for August 4, 2023, and a thirty-day continuance of the trial date previously set for August 22, 2023, before this Honorable Court. Additional time is necessary for undersigned counsel to be properly prepared for trial in this case, should this case so proceed, as counsel was appointed onto this case yesterday.

Assistant United States Attorney Renda Maginnis advised she has no objection to this request.

1

This motion is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 8th day of August 2023.

*/s/ Saúl M. Huerta*

**SAUL M. HUERTA**
Attorney for Defendant

Copy to:

Renda Maginnis
Assistant United States Attorney